RECEIVED
IN LAKE CHARLES, LA.

JUL 31 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KENNITH MONTGOMERY | * | CIVIL ACTION NO. 2:13-CV-884 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| STATE OF LOUISIANA, ET AL. | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM RULING

Before the court is the Report and Recommendation [Doc. 10] of the Magistrate Judge, recommending the dismissal, with prejudice, of the plaintiff's complaint in its entirety pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i),(ii).[1]

28 U.S.C. § 636(b)(1)(B) empowers a district judge to designate a magistrate judge to "submit to a judge of the court proposed findings of fact and recommendations for the disposition" of certain dispositive matters, "applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement." 28 U.S.C. § 636(b)(1)(B). The district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C).

As to the plaintiff's claims for monetary damages resulting from his alleged illegal arrest, trial and conviction, the court hereby adopts the Report and Recommendation [Doc. 10] of the Magistrate Judge in its entirety, and dismisses, with prejudice, the plaintiff's claim for monetary damages as legally frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i),(ii). As

---

[1] Report and Recommendation [Doc. 10], at 5.

to the Magistrate Judge's recommendation that the plaintiff's petition for *habeas corpus* be dismissed, with prejudice, for failure to exhaust his state court remedies, however, that portion of the Report and Recommendation [Doc. 10] is hereby **AMENDED** to reflect that the plaintiff's *habeas corpus* claims are hereby dismissed, without prejudice.

Lake Charles, Louisiana, this 31 day of July, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE