RECEIVED
IN LAKE CHARLES, LA.

JUL 31 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KENNITH MONTGOMERY | * | CIVIL ACTION NO. 2:13-CV-884 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| STATE OF LOUISIANA, ET AL. | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues as well as the plaintiff's Objections [Docs. 11 & 14], and having determined that the findings of the Magistrate Judge, as amended in the accompanying Memorandum Ruling, are correct under applicable law,

**IT IS ORDERED** that the plaintiff's claims for monetary damages resulting from his alleged illegal arrest, trial, and conviction be and hereby are **DISMISSED, WITH PREJUDICE**, as legally frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i),(ii).

**IT IS FURTHER ORDERED** that the plaintiff's application for a writ of *habeas corpus* be and hereby is **DISMISSED, WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 31 day of July, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE